UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS,
SHANA HAWKINS, PATRICIA HOLIAN,
JILL MARTIN, LYNETTE SAETTELE,

          Plaintiffs,          CASE NO.: 5:08-cv-00487-WTH-GRJ

vs.

MARONDA HOMES, INC. OF FLORIDA,
    Defendant.
_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, JUANITA GIAKOUMAKIS, SHANA HAWKINS, PATRICIA HOLIAN, JILL MARTIN, and LYNETTE SAETTELE, by and through the undersigned counsel, hereby discloses the following pursuant to this Court's Interested Persons Order and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party:

Juanita Giakoumakis,
Shana Hawkins,
Patricia Holian,
Jill Martin,
Lynette Saettele,
Riggins Law Firm, PA
Danialle Riggins, Esq.,
Peter Hoogerwoerd, Esq.

Respectfully submitted this 26th day of November, 2008.

/s/Danialle Riggins, Esq.
Florida Bar No.: 00013909
RIGGINS LAW FIRM, P.A.
421 South Pine Ave
P.O. Box 830222
Ocala, Florida 34483
Phone: (352) 433-2400
Facsimile: (352) 351-8054
Email: AttyRiggins@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida, this 26th day of November 2008, by using the CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Danialle Riggins<br>
Danialle Riggins, Esquire<br>
Florida Bar No.: 13909

**SERVICE LIST**

JUANITA GIAKOUMAKIS, SHANA HAWKINS, PATRICIA HOLIAN, JILL MARTIN, LYNETTE SAETTELE, Plaintiffs, vs. MARONDA HOMES, INC. OF FLORIDA, Defendant.

CASE NO.: 5:08-cv-00487-WTH-GRJ

Stephen T. Ball, Esq.
Erin A. Webb,Esq.
HOLLAND & KNIGHT, LLP.
200 South Orange Avenue, Suite 2600
PO Box 1526 (Zip 32802)
Orlando, Florida 32801
(407) 425-8500
Stephen.ball@hklaw.com
erinwebb@hklaw.con
Attorneys for Defendant