EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2007-03214 |
|---|---|---|

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Juanita Giakonmakis | (352) 873-2914 | 05-31-1946 |

Street Address: 10705 SW 38th Ave., Ocala, FL 34476

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MARONDA HOMES, INC | 500 or More | (352) 861-6945 |

Street Address: 7478 B SW 60th Ave., Ocala, FL 34476

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-26-2006    Latest: 06-30-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was born on May 31, 1946. I believe that Respondent discriminated against me because of my age 60, by forcing me to work in a hostile work environment. I complained of this treatment to Barry Sullivan, nothing was done. In retaliation for complaining I was constructively discharged (forced to resign) on June 2006. I was replaced by a person younger than 40 years of age. Other similarly situated employees were also being discriminated against because of their age.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since March 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. As I understand it the day that I faxed over my resignation in his words he said "I'm glad to get rid of that fucking old bitch."

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/17/07
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 510-2007-03228 |

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Ms. Patricia M. Hollan
**Home Phone** (Incl. Area Code): (352) 208-3418
**Date of Birth**: 04-10-1946

**Street Address**: 11165 N. Blackfoot Pl, Dunnellon, FL 34434

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: MARONDA HOMES, INC
**No. Employees, Members**: 500 or More
**Phone No.**: (352) 861-6945
**Street Address**: 7478 B SW 60th Ave., Ocala, FL 34476

**DISCRIMINATION BASED ON**:
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 05-01-2006   Latest: 01-19-2007
☐ CONTINUING ACTION

**THE PARTICULARS ARE**:

I was born on April 10, 1946. I believe that Respondent discriminated against me because of my age 61, and my sex (female) by forcing me to work in a hostile work environment. I complained of this treatment to Barry Sullivan, nothing was done. In retaliation for complaining and my age I was constructively discharged (forced to resign) on January 19, 2007. I was replaced by a person younger than 40 years of age. In addition other similarly situated employees were also being discriminated against because of their age. We were given different terms and conditions than the younger employees.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since May 19 2003. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual and age related remarks that were made about me and others. In addition Mr. Johannasen during a Sales meeting on January 8, 2007 flipped me the FINGER at the meeting. I reported it to Barry Sullivan, he spoke to him and he stated yes and was proud of it.

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4-17-07  /s/ Patricia Hollan
Date   Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Exhibit B

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | [ ] FEPA  [X] EEOC | 510-2007-03225 |

and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| Mrs. Lynette Saettele | (352) 347-8306 | 12-08-1956 |

Street Address: 382 Se 145th Street, Summerfield, FL 34491

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MARONDA HOMES, INC | 500 or More | (352) 861-6945 |

Street Address: 7478 B Sw 60th Ave., Ocala, FL 34476

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2006    Latest: 10-18-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was born on December 8, 1956. I believe that Respondent discriminated against me because of my age 50, and my sex (female) by forcing me to work in a hostile work environment. I complained of this treatment to Barry Williams, nothing was done. In retaliation for complaining and my age I was constructively discharged (forced to resign) on October 18, 2006. I was replaced by a person younger than 40 years of age. In addition other similarly situated employees were also being discriminated against because of their age. We were given different terms and conditions than the younger employees.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since April 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual and age related remarks that were made about me.

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/12/07  *Lynette Saettele*
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Exhibit C

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2007-03233 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) Mrs. Ms. Shana R. Hawkins | Home Phone (Incl. Area Code) (352) 245-9424 | Date of Birth 12-31-1970 |
|---|---|---|

Street Address: 11485 SE 36th Ave, Belleview, FL 34420

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name MARONDA HOMES, INC | No. Employees, Members 500 or More | Phone No. (Include Area Code) (352) 861-6945 |
|---|---|---|

Street Address: 7478 B Sw 60th Ave., Ocala, FL 34476

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2005   Latest: 01-15-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent October 2003 in the position of Project Manager. Five months after I was hired I was forced to work in a sexually hostile work environment. I complained of this treatment to Harry Williams and he wrote Arthur Klawitter up. He refrained from doing it for awhile, but a few months later began again. I witnessed Art talking about all of my fellow co-workers in a very sexual manner including myself. I witnessed he and Chad Johanessen make comments about their ages and about their race and national origin. I could no longer take it and on January 15, 2007 I submitted my letter of resignation. I was constructively discharged (Forced to Resign) in retaliation for complaining of sexual harassment. In addition other similarly situated employees were also being discriminated against because of their age and their sex.

Respondent could not give me any reasons why this was happening. I had complained to Respondent and it was handled once. After Mr. Williams left I saw that many times the Division Manager was present and he did nothing about it. I could not believe that we were all forced to work in this type of environment. We had to live with it or quit. been with Respondent in the position of Sales Consultant since April 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Klawitter and Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual, racial and age related remarks that were made about me and fellow co-workers.

The Respondent discriminated against me in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/20/07   /s/ Shana R. Hawkins
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Exhibit B