

# State of Florida
# Florida Commission on Human Relations

An Equal Opportunity Employer • Affirmative Action Employer

2009 Apalachee Parkway • Suite 200 • Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us



**Charlie Crist**
Governor

**Dr. Donna Elam**
Chair

**Derick Daniel**
Executive Director

Complainant
**Juanita Giakonmakis**

vs.

EEOC No: 510200703214
FCHR No:

Respondent
**Maronda Homes, Inc.**

---

### CERTIFICATE OF AUTHENTICITY OF DOCUMENTS

I, the undersigned, do hereby certify that the attached documents are true and correct copies of originals as filed with the Florida Commission on Human Relations.

Date: **March 20, 2009**

## Ashley Allen

Senior Clerk
Florida Commission on Human Relations

Attachments:
Complete copy of FCHR File

Copies Furnished to:
Danialle Riggins, Esquire

---

### COMMISSIONERS

| Gilbert M. Singer, Vice Chair | Gayle Cannon | Billy Whitefox Stall | Anice R. Prosser |
| Tampa | Lake City | Panama City | Tallahassee |
| Patty Ball Thomas | Dr. Onelia A. Fajardo | Mario Valle | Elena Flom |
| Tallahassee | Miami | Naples | Cocoa Beach |

Exhibit K

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: **Florida Commission on Human Relations**
**2009 Apalachee Parkway, Ste. 100**
**Tallahassee, Florida 32301**

Date **April 25, 2007**
EEOC Charge No. **510-2007-03214**
FEPA Charge No.

**CHARGE TRANSMITTAL**

SUBJECT:

**Juanita Giakonmakis** v. **MARONDA HOMES, INC**
*Charging Party*                  *Respondent*

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC     [ ] _____  on **Apr 17, 2007**
                    *Name of FEPA*              *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver      [ ] FEPA waives

[ ] No waiver requested          [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

*FOR DUAL FILING*

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Federico Costales** | |

**Juanita Giakonmakis** v. **MARONDA HOMES, INC**
*Charging Party*                  *Respondent*

**TO WHOM IT MAY CONCERN:**

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

TO: **Miami District Office**
**2 South Biscayne Blvd**
**Suite 2700**
**Miami, FL 33131**

Date **April 25, 2007**
EEOC Charge No. **510-2007-03214**
FEPA Charge No.

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 510-2007-03214 |

and EEOC
_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Juanita Giakonmakis | (352) 873-2914 | 05-31-1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 10705 SW 38th Ave., Ocala, FL 34476 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MARONDA HOMES, INC | 500 or More | (352) 861-6945 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7478 B Sw 60th Ave., Ocala, FL 34476 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-26-2006   Latest: 06-30-2006

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was born on May 31, 1946. I believe that Respondent discriminated against me because of my age 60, by forcing me to work in a hostile work environment. I complained of this treatment to Barry Sullivan, nothing was done. In retaliation for complaining I was constructively discharged (forced to resign) on June 2006. I was replaced by a person younger than 40 years of age. Other similarly situated employees were also being discriminated against because of their age.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since March 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. As I understand it the day that I faxed over my resignation in his words he said "I'm glad to get rid of that fucking old bitch."

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/17/07
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



# State of Florida
## Florida Commission on Human Relations
An Equal Opportunity Employer • Affirmative Action Employer

2009 Apalachee Parkway • Suite 200 • Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us





**Charlie Crist**
Governor

**Dr. Donna Elam**
Chair

**Derick Daniel**
Executive Director

Complainant
**Patricia M. Holian**

vs.

EEOC No: 510200703228
FCHR No:

Respondent
**Maronda Homes, Inc.**

---

### CERTIFICATE OF AUTHENTICITY OF DOCUMENTS

I, the undersigned, do hereby certify that the attached documents are true and correct copies of originals as filed with the Florida Commission on Human Relations.

Date: **March 20, 2009**

Ashley Allen

Senior Clerk
Florida Commission on Human Relations

Attachments:
Complete copy of FCHR File

Copies Furnished to:
Danialle Riggins, Esq.

---

### COMMISSIONERS

| Gilbert M. Singer, Vice Chair | Gayle Cannon | Billy Whitefox Stall | Anice R. Prosser |
| Tampa | Lake City | Panama City | Tallahassee |
| **Patty Ball Thomas** | **Dr. Onelia A. Fajardo** | **Mario Valle** | **Elena Flom** |
| Tallahassee | Miami | Naples | Cocoa Beach |

Exhibit L

EEOC Form 212-A (3/98)

## U.S. Equal Employment Opportunity Commission

TO: **Florida Commission on Human Relations**
**2009 Apalachee Parkway, Ste. 100**
**Tallahassee, Florida 32301**

Date: **April 25, 2007**
EEOC Charge No. **510-2007-03228**
FEPA Charge No.

**CHARGE TRANSMITTAL**

SUBJECT:

**Patricia M. Holian** v. **MARONDA HOMES, INC**
*Charging Party*   *Respondent*

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC    ☐ _____ Name of FEPA    on **Apr 17, 2007** Date of Receipt

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested             ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

**FOR DUAL FILING**

Typed Name of EEOC or FEPA Official: **Federico Costales**
Signature/Initials:

---

**Patricia M. Holian** v. **MARONDA HOMES, INC**
*Charging Party*   *Respondent*

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

Typed Name of EEOC or FEPA Official:
Signature/Initials:

TO: **Miami District Office**
**2 South Biscayne Blvd**
**Suite 2700**
**Miami, FL 33131**

Date: **April 25, 2007**
EEOC Charge No. **510-2007-03228**
FEPA Charge No.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2007-03228 |
|---|---|---|

and EEOC
_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Patricia M. Holian | Home Phone (Incl. Area Code)<br>(352) 208-3418 | Date of Birth<br>04-10-1946 |
|---|---|---|

Street Address: 11165 N. Blackfoot Pl, Dunnellon, FL 34434

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>MARONDA HOMES, INC | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(352) 861-6945 |
|---|---|---|

Street Address: 7478 B Sw 60th Ave., Ocala, FL 34476

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-01-2006    Latest: 01-19-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was born on April 10, 1946. I believe that Respondent discriminated against me because of my age 61, and my sex (female) by forcing me to work in a hostile work environment. I complained of this treatment to Barry Sullivan, nothing was done. In retaliation for complaining and my age I was constructively discharged (forced to resign) on January 19, 2007. I was replaced by a person younger than 40 years of age. In addition other similarly situated employees were also being discriminated against because of their age. We were given different terms and conditions than the younger employees.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since May 19 2003. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual and age related remarks that were made about me and others. In addition Mr. Johannasen during a Sales meeting on January 8, 2007 flipped me the FINGER at the meeting. I reported it to Barry Sullivan, he spoke to him and he stated yes and was proud of it.

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4-17-07    /s/ Patricia Holian
Date       Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)