

# State of Florida

# Florida Commission on Human Relations

An Equal Opportunity Employer • Affirmative Action Employer



**Charlie Crist**
Governor

2009 Apalachee Parkway • Suite 200 • Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us

**Dr. Donna Elam**
Chair

**Derick Daniel**
Executive Director

Complainant
**Lynette Saettele**

*vs.*

EEOC No: 510200703225
FCHR No:

Respondent
**Maronda Homes, Inc.**

---

### CERTIFICATE OF AUTHENTICITY OF DOCUMENTS

I, the undersigned, do hereby certify that the attached documents are true and correct copies of originals as filed with the Florida Commission on Human Relations.

Date: **March 20, 2009**

## Ashley Allen

Senior Clerk
Florida Commission on Human Relations

Attachments:
Complete copy of FCHR File

Copies Furnished to:
Danialle Riggins, Esquire

---

### COMMISSIONERS

| | | | |
|---|---|---|---|
| **Gilbert M. Singer, Vice Chair** Tampa | **Gayle Cannon** Lake City | **Billy Whitefox Stall** Panama City | **Anice R. Prosser** Tallahassee |
| **Patty Ball Thomas** Tallahassee | **Dr. Onelia A. Fajardo** Miami | **Mario Valle** Naples | **Elena Flom** Cocoa Beach |

Exhibit M

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO:  **Florida Commission on Human Relations**
**2009 Apalachee Parkway, Ste. 100**
**Tallahassee, Florida 32301**

Date   **April 25, 2007**
EEOC Charge No.
   **510-2007-03225**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Lynette Saettele** | v. | **MARONDA HOMES, INC** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC      ☐ _____ on **Apr 17, 2007**

*Name of FEPA*   *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested          ☐ FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge
and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

FOR DUAL FILING

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Federico Costales** | |

| **Lynette Saettele** | v. | **MARONDA HOMES, INC** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

| TO:  **Miami District Office**<br>**2 South Biscayne Blvd**<br>**Suite 2700**<br>**Miami, FL 33131** | Date   **April 25, 2007**<br>EEOC Charge No.<br>   **510-2007-03225**<br>FEPA Charge No. |
|---|---|

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 510-2007-03225 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mrs. Lynette Saettele** | **(352) 347-8306** | **12-08-1956** |

| Street Address | City, State and ZIP Code |
|---|---|
| **382 Se 145th Street, Summerfield, FL 34491** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **MARONDA HOMES, INC** | **500 or More** | **(352) 861-6945** |
| Street Address | City, State and ZIP Code | |
| **7478 B Sw 60th Ave., Ocala, FL 34476** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest **05-01-2006**  Latest **10-18-2006** |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was born on December 8, 1956. I believe that Respondent discriminated against me because of my age 50, and my sex (female) by forcing me to work in a hostile work environment. I complained of this treatment to Barry Williams, nothing was done. In retaliation for complaining and my age I was constructively discharged (forced to resign) on October 18, 2006. I was replaced by a person younger than 40 years of age. In addition other similarly situated employees were also being discriminated against because of their age. We were given different terms and conditions than the younger employees.

Respondent could not give me any reasons why this was happening. I had been with Respondent in the position of Sales Consultant since April 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual and age related remarks that were made about me.

The Respondent discriminated against me in violation of the Age Discrimination in Employment Act and in violation of Title VII of the 1964 Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4/17/07    _Lynette Saettele_  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



# State of Florida
# Florida Commission on Human Relations

An Equal Opportunity Employer • Affirmative Action Employer



**Charlie Crist**
Governor

2009 Apalachee Parkway • Suite 200 • Tallahassee, Florida 32301-4857

(850) 488-7082
Web Site http://fchr.state.fl.us

**Dr. Donna Elam**
Chair

**Derick Daniel**
Executive Director

Complainant
**Shana R. Hawkins**

*vs.*

EEOC No: 510200703233
FCHR No:

Respondent
**Maronda Homes, Inc.**

---

## CERTIFICATE OF AUTHENTICITY OF DOCUMENTS

I, the undersigned, do hereby certify that the attached documents are true and correct copies of originals as filed with the Florida Commission on Human Relations.

Date: **March 20, 2009**

Ashley Allen
Senior Clerk
Florida Commission on Human Relations

Attachments:
Complete copy of FCHR File

Copies Furnished to:
Danialle Riggins, Esquire

---

### COMMISSIONERS

| | | | |
|---|---|---|---|
| **Gilbert M. Singer, Vice Chair**<br>Tampa | **Gayle Cannon**<br>Lake City | **Billy Whitefox Stall**<br>Panama City | **Anice R. Prosser**<br>Tallahassee |
| **Patty Ball Thomas**<br>Tallahassee | **Dr. Onelia A. Fajardo**<br>Miami | **Mario Valle**<br>Naples | **Elena Flom**<br>Cocoa Beach |

Exhibit N

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| TO: **Florida Commission on Human Relations**<br>**2009 Apalachee Parkway, Ste. 100**<br>**Tallahassee, Florida 32301** | Date **April 30, 2007**<br>EEOC Charge No.<br>**510-2007-03233**<br><br>FEPA Charge No. |

**CHARGE TRANSMITTAL**

SUBJECT:

| | | |
|---|---|---|
| **Shana R. Hawkins** | v. | **MARONDA HOMES, INC** |
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

[X] EEOC    [ ] _____ on **Apr 27, 2007**
                        *Name of FEPA*                *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

[ ] Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

[ ] The worksharing agreement does not determine which agency is to initially investigate the charge.

[ ] EEOC requests a waiver          [ ] FEPA waives

[ ] No waiver requested             [ ] FEPA will investigate the charge initially

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

FOR DUAL FILING

| Typed Name of EEOC or FEPA Official<br>**Federico Costales** | Signature/Initials |
|---|---|

| | | |
|---|---|---|
| **Shana R. Hawkins** | v. | **MARONDA HOMES, INC** |
| *Charging Party* | | *Respondent* |

## TO WHOM IT MAY CONCERN:

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

[ ] This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

[ ] This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|

| | |
|---|---|
| TO: **Miami District Office**<br>**2 South Biscayne Blvd**<br>**Suite 2700**<br>**Miami, FL 33131** | Date **April 30, 2007**<br>EEOC Charge No.<br>**510-2007-03233**<br>FEPA Charge No. |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2007-03233 |
|  |  | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) mrs. Ms. Shana R. Hawkins | Home Phone (Incl. Area Code) (352) 245-9424 | Date of Birth 12-31-1970 |
|---|---|---|

| Street Address 11685 Se 36th Ave, Belleview, FL 34420 | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name MARONDA HOMES, INC | No. Employees, Members 500 or More | Phone No. (Include Area Code) (352) 861-6945 |
|---|---|---|

| Street Address 7478 B Sw 60th Ave., Ocala, FL 34476 | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 05-01-2005    Latest 01-15-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent October 2003 in the position of Project Manager. Five months after I was hired I was forced to work in a sexually hostile work environment. I complained of this treatment to Harry Williams and he wrote Arthur Klawitter up. He refrained from doing it for awhile, but a few months later began again. I witnessed Art talking about all of my fellow co-workers in a very sexual manner including myself. I witnessed he and Chad Johanessen make comments about their ages and about their race and national origin. I could no longer take it and on January 15, 2007 I submitted my letter of resignation. I was constructively discharged (Forced to Resign) in retaliation for complaining of sexual harassment. In addition other similarly situated employees were also being discriminated against because of their age and their sex.

Respondent could not give me any reasons why this was happening. I had complained to Respondent and it was handled once. After Mr. Williams left I saw that many times the Division Manager was present and he did nothing about it. I could not believe that we were all forced to work in this type of environment. We had to live with it or quit. been with Respondent in the position of Sales Consultant since April 2004. I had never received a reprimand verbal or in writing. Rumors were that Chad Johannasen, Direct Manager was stating that he was going to get rid of all "older agents" and replace them with young girls. Mr. Klawitter and Mr. Johannasen created an extremely hostile and unhealthy work environment by his numerous vile and derogatory sexual, racial and age related remarks that were made about me and fellow co-workers.

The Respondent discriminated against me in violation of Title VII of the 1964 Civil Rights Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/20/07   *Shana R. Hawkins* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |