UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS,
SHANA HAWKINS, PATRICIA HOLIAN,
JILL MARTIN and LYNETTE SAETTELE,

       Plaintiffs,

-vs.-                                 CASE NO.:  5:08-CV-00487-WTH-GRJ

MARONDA HOMES, INC. OF FLORIDA

       Defendant.

_____

**AMENDED MEDIATION REPORT**

A mediation conference was held on May 7, 2009 with regard to Patricia Holian's individual claim (only), and the results of that conference re indicated below:

1.      The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

          X            Patricia Holian and her respective trial counsel.

          X            Designated corporate representatives.

                     Required claims professionals.

2.    The outcome of the mediation conference was:

_____    **This case has been completely settled**.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____    **The case has been partially resolved**.  The parties have reached a tentative settlement, which must be approved by the Code Enforcement Board.  Thus, the Mediator is seeking additional time to file a final mediation report.

_____XX_____    **The parties have reached an impasse as to this plaintiff only.**

**No conference may be continued past date ordered for completion without leave of Court.**

Done this 13th day of March, 2009, in Orlando, Florida.

s/Kay L. Wolf_____
KAY L. WOLF, Mediator
Florida Bar No. 247065
FORD & HARRISON LLP
P. O. Box 60
Orlando, Florida 32802-0060
Tel. (407) 418-2300
Fax (407) 418-2327

Copies to:  Counsel of Record
Orlando:151097.1

2