IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS,
SHANA HAWKINS, PATRICIA HOLIAN,
JILL MARTIN and LYNETTE SAETTELE,

    Plaintiffs,

vs.                                      CASE NO.: 5:08-cv-00487-WTH-GRJ

MARONDA HOMES, INC. OF FLORIDA,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS OF PLAINTIFF, JILL MARTIN

    Defendant, Maronda Homes, Inc. of Florida and Plaintiff, Jill Martin, by and through their undersigned attorneys, and pursuant to the provisions of Fla. R. Civ. P. 1.420, hereby stipulate and agree to dismiss the above-styled case, bearing Case No. 5:08-cv-00487-WTH-GRJ, **WITH PREJUDICE**, as to the claims of Jill Martin only.

/s/ Stephen T. Ball
STEPHEN T. BALL, ESQ.
Florida Bar No. 0716121
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Suite 2600
Orlando, FL 32801
(407) 425-8500
Attorneys for Defendant

Date: May 15, 2009

/s/ Danialle Riggins
DANIALLE RIGGINS, ESQ.
Florida Bar No. 00013909
RIGGINS LAW FIRM, P.A..
P.O. Box 830222
Ocala, FL 34483
Attorney for Plaintiff, Jill Martin

Date: May 15, 2009

# 6094562_v1