UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS,
SHANA HAWKINS, PATRICIA HOLIAN,
JILL MARTIN and LYNETTE SAETTELE,

   Plaintiffs,

-vs.-             CASE NO.: 5:08-CV-00487-WTH-GRJ

MARONDA HOMES, INC. OF FLORIDA

   Defendant.
_____

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on May 12, 2009 with regard to Plaintiff Shana Hawkins' individual claim (only), and the results of that conference are indicated below:

  1.  The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

  __X__  Shana Hawkins and her respective trial counsel.

  __X__  Designated corporate representatives.

  _____  Required claims professionals.

1

2. The outcome of the mediation conference was:

____X____ **Shana Hawkins' case (only) has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ **The case has been partially resolved.** The parties have reached a tentative settlement, which must be approved by the Code Enforcement Board. Thus, the Mediator is seeking additional time to file a final mediation report.

_____ **The parties have reached an impasse.**

**No conference may be continued past date ordered for completion without leave of Court.**

Done this 18th day of May, 2009, in Orlando, Florida.

                                                s/Kay L. Wolf
                                                KAY L. WOLF, Mediator
Florida Bar No. 247065
FORD & HARRISON LLP
P. O. Box 60
Orlando, Florida 32802-0060
Tel. (407) 418-2300
Fax (407) 418-2327

Copies to: Counsel of Record
Orlando:151315.1

2