UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS, et al.,

    Plaintiffs,

-vs-                                          Case No.  5:08-cv-487-Oc-10GRJ

MARONDA HOMES, INC. OF FLORIDA,

    Defendant.
_____/

**O R D E R**

This case is before the Court on Defendant Maronda Homes, Inc. of Florida and Plaintiff Shana Hawkins' Joint Stipulation of Dismissal (Doc. 29).  Pursuant to the stipulation and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hawkins' claims are hereby dismissed against Defendant with prejudice, each party to bear its own attorney's fees and costs. The Clerk is directed to enter judgment accordingly.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 17th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                 Maurya McSheehy