UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS, et al.,

        Plaintiffs,

v.                                          Case No.  5:08-cv-487-Oc-10GRJ

MARONDA HOMES, INC. OF FLORIDA,

        Defendant.
_____/

## **ORDER**

On November 10, 2009, the Court conducted a telephonic case management conference.  This Order memorializes the rulings made on the record at the hearing.

The Court previously granted the parties' request to exceed ten oral depositions per side.  (Doc. 33.)  However, because Plaintiffs had disclosed 40 to 50 potential witnesses in discovery, Defendant requested that the Court conduct a case management conference to discuss the management of this large number of witnesses.  For the reasons stated on the record at the hearing, on or before **November 17, 2009**, Plaintiffs shall provide to Defendant a list dividing the disclosed witnesses into two categories – witnesses likely to be called at trial and witnesses not likely to be called at trial.[1]  If, after the list has been provided and the parties have had an opportunity to schedule depositions, the parties believe that it is necessary to extend the December 3, 2009 discovery deadline, they should file a joint motion to extend discovery, stating how

---

[1] If Plaintiffs' view changes as to the appropriate category for a witness, counsel should promptly advise opposing counsel.

much time is needed to complete the depositions and whether the dispositive motion deadline also needs to be extended.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on November 10, 2009.

GARY R. JONES
United States Magistrate Judge

Copies to:
All Counsel