# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JUANITA GIAKOUMAKIS, et al.

        Plaintiffs,

vs.                                        Case No.  5:08-cv-487-Oc-10GRJ

MARONDA HOMES, INC.  OF FLORIDA,

        Defendant.

_____

| JUDGE | Gary R. Jones | DATE<br>TIME | November 10, 2009<br>2:00 p.m. - 3:00 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| COUNSEL/PLTF.(S) | Danialle Riggins | COUNSEL/DEFT.(S) | Stephen Ball,<br>Erin Webb |

**CLERK'S MINUTES -**
**TELEPHONIC CASE MANAGEMENT CONFERENCE**

Arguments by counsel.

Plaintiff shall provide to defense counsel on or before 11/17/09 a list dividing disclosed witnesses into two categories (those likely to be called at trial and those not likely to be called at trial).

Afterwards, parties may if they believe it is necessary to extend the discovery deadline file a joint motion indicating how much additional time is needed and if the dispositive motion deadline needs to be extended also.

**ORDER TO ENTER.**