**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

JUANITA GIAKOUMAKIS,
PATRICIA HOLIAN,
and LYNETTE SAETTELE,

      Plaintiffs,

vs.                        CASE NO.:  5:08-cv-00487-WTH-GRJ

MARONDA HOMES, INC. OF FLORIDA,

      Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS OF
PLAINTIFF, JUANITA GIAKOUMAKIS**

      Defendant, Maronda Homes, Inc. of Florida and Plaintiff, Juanita Giakoumakis, by and through their undersigned attorneys, and pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(2)(ii), hereby stipulate and agree to dismiss the above-styled case, bearing Case No. 5:08-cv-00487-WTH-GRJ, **WITH PREJUDICE,** as to the claims of Juanita Giakoumakis only.

/Stephen T. Ball_____
STEPHEN T. BALL, ESQ.
Florida Bar No. 0716121
HOLLAND & KNIGHT LLP
200 South Orange Avenue, Suite 2600
Orlando, FL  32801
(407) 425-8500
Attorneys for Defendant

/Danialle Riggins_____
DANIALLE RIGGINS, ESQ.
Florida Bar No. 00013909
RIGGINS LAW FIRM, P.A..
P.O. Box 830222
Ocala, FL  34483
Attorney for Plaintiff, Juanita Giakoumakis

# 8989021_v1