UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS, et al.,

    Plaintiffs,

-vs-                                          Case No.  5:08-cv-487-Oc-10GRJ

MARONDA HOMES, INC. OF FLORIDA,

    Defendant.
_____/

## O R D E R

This case is before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice as to Claims of Plaintiff, Juanita Giakoumakis (Doc. 36).  Pursuant to the stipulation and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing all claims of Plaintiff Juanita Giakoumakis with prejudice, each party to bear its own attorney's fees and costs.  The claims of Plaintiffs Patricia Holian and Lynette Saettele may proceed.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 3rd day of December, 2009.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                Maurya McSheehy