IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUANITA GIAKOUMAKIS,
SHANA HAWKINS, PATRICIA HOLIAN,
JILL MARTIN and LYNETTE SAETTELE,

    Plaintiffs,

vs.                                                    CASE NO.: 5:08-cv-00487-WTH-GRJ

MARONDA HOMES, INC. OF FLORIDA,

    Defendant.
_____/

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

Defendant, Maronda Homes, Inc. of Florida, and Plaintiffs, Patricia Holian and Lynette Saettele[1], by and through their undersigned attorneys and pursuant to this Court's Order dated November 10, 2010, hereby move this Court to extend the discovery and dispositive motions deadlines in this case and as grounds would state as follows:

1. A telephonic Case Management Conference was held on November 10, 2009 with Magistrate Judge Gary R. Jones. A copy of Magistrate Judge Jones' Order from that hearing is at Doc. 34.

2. Under the terms of the Order, counsel for the Plaintiffs was to provide counsel for Defendant, by November 17, 2010, with a list dividing Plaintiffs' disclosed witnesses into two categories – witnesses likely to be called at trial and witnesses not likely to be called at trial.

3. Counsel for Plaintiffs timely completed such a list and based on the number of witnesses disclosed, the parties jointly agree and believe that it is necessary to request this Court

---

[1] These two plaintiffs are the only remaining plaintiffs in this case.

for an extension of the current discovery deadline from December 4, 2009 through January 15, 2010. The parties in good faith believe that the remaining depositions and any additional discovery can be concluded by that date.

4. As a result of this request for an extension of the discovery deadline, the parties also jointly request that the dispositive motions deadline be extended from January 15, 2010 to February 19, 2010.

5. It is the intent of the parties that this case remain on the trial docket for the weeks of May 3, 10, and 17 per this Court's prior Case Management and Scheduling Order issued February 24, 2009. Should this Court grant the relief requested and the parties determine in the future that the January 15, 2010 discovery deadline cannot be met, they will immediately so notify this Court.

## MEMORANDUM OF LAW

Motions for enlargement of time which are made before the expiration of the original response period may be granted for cause shown. Fed.R.Civ.P. 6(b)(1). Courts have wide discretion in considering whether to grant additional time under the federal rules, *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967), and motions requesting additional time prior to the expiration of the original time limit will normally be granted absent bad faith or prejudice to the opposing party. *Bryant v. Smith*, 165 B.R. 176, 182 (W.D. Va. 1994); *accord Harris v. Siegel*, 438 F. Supp. 510, 513 (S.D. Fla. 1977) (no claim or demonstration that the party seeking an enlargement of time was dilatory; therefore, proper to permit an enlargement beyond the previously specified time) (citing Fed.R.Civ.P. 6(b)). As this request for an enlargement of time is made prior to the expiration of the deadline, the motion may be properly granted. *See Bryant*, 165 B.R. at 182.

2

**WHEREFORE**, for the reasons set forth above, Plaintiffs and Defendant jointly request this Court (i) extend the discovery deadline in this case through January 15, 2010; (ii) extend the dispositive motions deadline through February 19, 2010; and (iii) keep this case on the Court's trial docket for the weeks of May 3, 10, 17, 2010.

Dated: December 4, 2009

| | |
|---|---|
| s/Danialle Riggins | s/Stephen T. Ball |
| DANIALLE RIGGINS | STEPHEN T. BALL, ESQ. |
| RIGGINS LAW FIRM, P.A. | HOLLAND & KNIGHT LLP |
| Florida Bar No.: 0013909 | Florida Bar No.: 716121 |
| AttyRiggins@gmail.com | stephen.ball@hklaw.com |
| PO Box 830222 | ERIN A. WEBB, ESQ |
| Ocala, Florida 34483 | Florida Bar No.: 0184039 |
| Phone No. (352) 433-4200 | Erin.webb@hklaw.com |
| Fax No. (352) 351-8054 | 200 S. Orange Avenue, Suite 2600 |
| | Orlando, Florida 32801 |
| | Phone No. (407) 244-1140 |
| Counsel for Plaintiffs | Counsel for Defendant |

# 9015296_v1